**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1555**

SHARON RADFORD ADAMS,

                    Plaintiff - Appellant,

          v.

CAROLYN W. COLVIN, Commissioner of Social Security
Administration,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Bryson City.  Frank D. Whitney,
Chief District Judge.  (2:13-cv-00019-FDW-DSC)

Submitted:  June 30, 2015          Decided:  August 5, 2015

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Wicklund, Paul B. Eaglin, OLINSKY LAW GROUP, Syracuse,
New York, for Appellant.  Anne M. Tompkins, United States
Attorney, Charlotte, North Carolina; Paul B. Taylor, Assistant
United States Attorney, Asheville, North Carolina; Jeanne D.
Semivan, Special Assistant United States Attorney, SOCIAL
SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Radford Adams appeals the district court's orders denying her initial petition to proceed in forma pauperis and upholding the Commissioner's denial of her application for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm. Adams v. Colvin, No. 2:13-cv-00019-FDW-DSC (W.D.N.C. Apr. 26, 2013 & May 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED